AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

KEVNIN RAY HOLMES,

               Petitioner,                    JUDGMENT IN A CIVIL CASE

  V.

                                           CASE NUMBER: **3:12-cv-00572-LRH-VPC**

JAMES BACA, et al.,

               Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** as a successive petition.
      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

   _June 25, 2013_                         **LANCE S. WILSON**
                                          Clerk

                                    _/s/ D. R. Morgan_
                                        Deputy Clerk